## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN J. OSWALD,

     Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

     Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-217-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

Peter Oppeneer, Clerk of Court

7/18/2011
Date